**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED

AUG 0 6 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                                   **INDICTMENT NO.** 2683-KKC-MAS

**RODERICK D. HILL,**
  **aka SNOOP**

                         \*    \*    \*    \*    \*

**THE GRAND JURY CHARGES:**

### COUNT 1
**21 U.S.C. § 841(a)(1)**

On or about September 14, 2023, in Estill County, in the Eastern District of Kentucky,

**RODERICK D. HILL,**
**aka SNOOP,**

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
**21 U.S.C. § 841(a)(1)**

On or about September 14, 2023, in Estill County, in the Eastern District of Kentucky,

**RODERICK D. HILL,**
**aka SNOOP,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
### 21 U.S.C. § 841(a)(1)

On or about September 14, 2023, in Estill County, in the Eastern District of Kentucky,

**RODERICK D. HILL,
aka SNOOP,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
### 21 U.S.C. § 841(a)(1)

On or about March 5, 2025, in Bourbon County, in the Eastern District of Kentucky,

**RODERICK D. HILL,
aka SNOOP,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
### 21 U.S.C. § 841(a)(1)

On or about March 5, 2025, in Bourbon County, in the Eastern District of Kentucky,

**RODERICK D. HILL,**

**aka SNOOP,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
### 21 U.S.C. § 841(a)(1)

On or about March 5, 2025, in Bourbon County, in the Eastern District of Kentucky,

**RODERICK D. HILL,**
**aka SNOOP,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

**FOREPERSON**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**CYNTHIA T. RIEKER**
**ASSISTANT UNITED STATES ATTORNEY**

## <u>PENALTIES</u>

**COUNT 1:**  Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**COUNTS 2 – 6:**  Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If prior conviction for felony drug offense:**

Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**PLUS:**  Mandatory special assessment of $100 per count.

**PLUS:**  Restitution, if applicable.